UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BILL OF INFORMATION TO ESTABLISH PRIOR CONVICTIONS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 16-63** |
| v. | * | SECTION: "F" |
| **DAN PIZARRO**<br>a/k/a "Danny" | * | VIOLATION: 21 U.S.C. § 851(a) |
| | * * * | |

The United States Attorney charges that:

## COUNT 1

On or about September 6, 2005, in the United States District Court, District of Hawaii, the defendant, **DAN PIZARRO**, a/k/a "Danny," was convicted under Case Number 04-CR-00146, of two counts of conspiracy to distribute and possession with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, felony violations of Title 21 United States Code Section 846, and punishable by a term of imprisonment of more than one year. Thereafter, the defendant was sentenced to a term of imprisonment of 90 months as to each count, served concurrently. This conviction is final.

## COUNT 2

On or about March 27, 2014, in the Criminal District Court for Orleans Parish, State of Louisiana, the defendant, **DAN PIZARRO**, a/k/a "Danny," was convicted under Case Number 519029 "K," of possession with the intent to distribute marijuana, a felony violation of La. R.S. § 40:966(A)(2). This offense is punishable by a term of imprisonment of more than one year. Thereafter, the defendant was sentenced to a term of imprisonment of five years, suspended, with five years of probation. This conviction is final.

This Count is filed pursuant to the requirements of Title 21, United States Code, Section 851(a).

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

s/ Shirin Hakimzadeh
SHIRIN HAKIMZADEH
MATTHEW R. PAYNE
La. Bar Roll No. 32631
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3144
Shirin.Hakimzadeh@usdoj.gov

New Orleans, Louisiana
June 23, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Shirin Hakimzadeh
SHIRIN HAKIMZADEH
Assistant United States Attorney