# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 23, 2022
Lyle W. Cayce
Clerk

No. 21-30185

United States of America,

*Plaintiff—Appellee,*

versus

Dan Pizarro,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-2980
USDC No. 2:16-CR-63-1

Before Jones, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:

  Dan Pizarro, federal prisoner # 91279-022, moves for a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. He challenges the district court's determination that his § 2255 motion was time barred and additionally contends that the district court erroneously denied him an evidentiary hearing.

  To obtain a COA, Pizarro must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district

court denies relief on procedural grounds, the movant must demonstrate that reasonable jurists would find it debatable whether the motion states a valid claim of the denial of a constitutional right and whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Pizarro has failed to make such a showing. *See id*.

As Pizarro fails to make the required showing for a COA, we do not reach the issue whether the district court erred by denying an evidentiary hearing. *See United States v. Davis*, 971 F.3d 524, 534-35 (5th Cir. 2020), *cert. denied*, 142 S. Ct. 122 (2021).

Accordingly, Pizarro's motion for a COA is DENIED. All outstanding motions are DENIED.



Certified as a true copy and issued
as the mandate on **May 16, 2022**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**